FILED
CLERK, U.S. DISTRICT COURT

APR 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GEORGE ROCKY BALBOA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　Respondents. | No. CV 07-2525 AHM (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 4/15/08

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge